# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>Gerardo RUIZ-CRUZ<br>DOB: xx/xx/1988;<br>Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-00101M** |
| Complaint for violation of Title   18 | United States Code § 111 |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 4, 2011, at or near Nogales, in the District of Arizona, Gerardo RUIZ-CRUZ intentionally and forcibly assaulted Border Patrol Agent, Jesus Galindo, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Galindo, in violation of Title 18, United States Code, Section 111.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 4, 2011, at the International Border Fence in Nogales, Arizona, in the District of Arizona, Geraldo RUIZ-CRUZ was seen crossing the International Border Fence through the "black door trail" on the eastside of Short Street. This area is well known for human and drug smuggling. The Nogales Radio Dispatch advised agents that the subject was running down East Street. Radio Dispatch said they lost visual of him between East Street and Franklin Street. BPA Jesus Galindo responded to the area and began searching the ravine between East Street and Franklin Street. Agent Galindo noticed an individual later identified as RUIZ-CRUZ, Geraldo lying on his back with his arms crossed concealing his hands. Agent Galindo immediately illuminated him with his flash light and identified himself as a U.S. Border Patrol Agent  Galindo approached RUIZ with caution not knowing what he was concealing with his hands. As Galindo closer to RUIZ, RUIZ got up and wrapped his arms around Galindo's waist and began punching Galindo in the torso. Agent Galindo feared he might be reaching for his service weapon. RUIZ-CRUZ refused to cooperate with officers, and punched Border Patrol Agent Jesus Galindo, an officer of the United States who was engaged in the performance of his official duties at the time, thus making physical contact on Agent Galindo.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Recommend Detention  Ann DeMarais<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title) |
|---|---|
| | OFFICIAL TITLE<br>BPA |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 7, 2011 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54